# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Adel Fattouh Aly Ahmad Algazzar (ISN 369),<br>                                    Petitioner,<br><br>               v.<br><br><br>BARACK H. OBAMA, et al.,<br>          Respondents. | )<br>)<br>)<br>)    Civil Action No. 05-0270 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Having considered Petitioner's Unopposed Motion to Seal the Respondent's Proposed

Public Factual Return, and the entire record, it is hereby

ORDERED, that Petitioner's Unopposed Motion to Seal the Proposed Public Factual

Return is granted.



_____
ROYCE C. LAMBERTH
United States District Judge

DATED: _____July 19___, 2013